UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RANDOLPH BURLESON,<br>Defendant. | Case No. 2:18-cr-00173-LRH-CWH<br><br>ORDER |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Carl W. Hoffman (ECF No. 29) entered on October 29, 2018, recommending denying defendant's Motion to Suppress (ECF No. 17/18) entered on August 7 2018. On November 13, 2018, defendant filed his objections (ECF No. 33) and on November 20, 2018 the government filed its response to objections (ECF No. 35).

The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered defendant's objections, the response of the government and the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 29) entered on October 29, 2018, should be adopted and accepted.

1

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 29) entered on October 29, 2018, is adopted and accepted, and defendant's Motion to Suppress (ECF No. 17) is DENIED.

IT IS SO ORDERED.

DATED this 12th day of December, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE