1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RANDOLPH BURLESON,

Defendant.

Case No. 2:18-cr-173-LRH-CWH

ORDER APPROVING
STIPULATION TO CONTINUE
SENTENCING HEARING
(First Request)

14     It is stipulated and agreed to by Federal Public Defender Rene L. Valladares and Assistant

15  Federal Public Defender Sylvia A. Irvin, counsel for Defendant Randolph Burleson, and United

16  States Attorney Nicholas A. Trutanich and Assistant United States Attorney Christopher Burton,

17  counsel for the United States of America, that the Sentencing Hearing currently scheduled on May
15, 2019, at 11:45 a.m., be continued to July 17, 2019, at 9:30 a.m.

18     This Stipulation is entered into for the following reasons:

19     1.     This is a request by counsel for the Defendant Randolph Burleson and Government

20  counsel does not oppose.

21     2.     Defense counsel asks the Court for additional time to prepare for sentencing hearing
because she recently took over primary representation of Mr. Burleson's case.

22     3.     The additional time requested by this Stipulation is reasonable pursuant to Federal

23  Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any

24  time limits prescribed in this rule."

1    4.    The defendant is in custody and agrees to the continuance.

2    5.    This is the first request for a continuance of the sentencing hearing.

     DATED this 29th day of March, 2019.
3

4    RENE L. VALLADARES                    NICHOLAS A. TRUTANICH
     Federal Public Defender               United States Attorney

5    By: */s/ Sylvia A. Irvin*             By: */s/ Christopher Burton*

6    SYLVIA A. IRVIN                        CHRISTOPHER BURTON
     Assistant Federal Public Defender      Assistant United States Attorney
     Counsel for Randolph Burleson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

   vs.

RANDOLPH BURLESON,

       Defendant.

Case No. 2:18-cr-173-LRH-CWH

ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for May 15, 2019, at 11:45am, be vacated and continued to **July 17, 2019, at 9:30 a.m.**

DATED this _____1st_____ day of April, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE