UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RANDOLPH BURLESON,<br><br>        Defendant. | Case No. 2:18-cr-00173-LRH-NJK<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Randolph Burleson, that the Revocation Hearing currently scheduled on October 24, 2023 at 11:00 am, be vacated and continued to January 23, 2024 at 11:00 am via videoconference in Reno Courtroom 3.

This Stipulation is entered into for the following reasons:

1.      Defense counsel needs additional time to conduct investigation into the allegations as well as gather letters of support and mitigation material.

2.      The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16th day of October, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Aden Kebede*<br>ADEN KEBDE<br>Assistant Federal Public Defender | By /s/ *Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDOLPH BURLESON,<br><br>    Defendant. | Case No. 2:18-cr-00173-LRH-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 24, 2023 at 11:00 a.m., be vacated and continued to **January 23, 2024 at 11:00 a.m.** via videoconference before Judge Larry R. Hicks in Reno Courtroom 3.

IT IS SO ORDERED.

DATED this 16th day of October, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE