UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00173-LRH-NJK |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | |
| RANDOLPH BURLESON, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Randolph Burleson, that the Revocation Hearing currently scheduled on January 23, 2024 at 11:00 am, be vacated and continued to March 26, 2024 at 11:00 am via videoconference in Reno Courtroom 3.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to conduct investigation into the allegations as well as gather letters of support and mitigation material.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16th day of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Aden Kebede<br>ADEN KEBDE<br>Assistant Federal Public Defender | By /s/ Joshua Brister<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDOLPH BURLESON,<br><br>Defendant. | Case No. 2:18-cr-00173-LRH-NJK<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, January 23, 2024 at 11:00 a.m., be vacated and continued to Tuesday, March 26, 2024 at 11:00 a.m. via videoconference in Reno Courtroom 3 before District Judge Larry R. Hicks. **IT IS SO ORDERED.**

DATED this 16th day of January, 2024.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE

3